

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00033-CV

———————————————

R. KEVIN RUSSELL AND TOLEDO GAS GATHERING, LLC, Appellants

V.

JASON DIAL AND CRESTLINE PARTNERS, LLC, Appellees

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-320626-20

Before Sudderth, C.J.; Womack and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

We have considered Appellant Toledo Gas Gathering, LLC's "Unopposed Motion to Withdraw." We grant the motion and dismiss the appeal of Toledo Gas Gathering, LLC. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). This case shall hereafter be styled *R. Kevin Russell v. Jason Dial and Crestline Partners, LLC.*

Per Curiam

Delivered: September 12, 2024